**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52217.

April 6, 1972.

The Trial Court has ordered a hearing.

259 So.2d 913

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

v.

**Maurice J. MAYER et al.**

No. 52223.

April 6, 1972.

While we do not agree with the statements of law leading to the result, that result is correct.

SANDERS and SUMMERS, JJ., are of the opinion that a writ should be granted.

259 So.2d 914

**The METROPOLITAN BANK OF JEFFERSON**

v.

**William A. SUMMERS, III, et al.**

No. 52250.

April 6, 1972.

The result is correct.